MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
SEETAL TEJURA, Deputy City Attorney
California State Bar No. 227830
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856
    Stejura@sandiego.gov

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| MARCUS ALFARO, DERRIN AUSTIN, and PIPER DENLINGER, | Case No.: 17cv0046 H (KSC) |
|---|---|
| Plaintiffs, | **DECLARATION OF SERVICE** |
| v. | |
| CITY OF SAN DIEGO and BRIAN FENNESSEY, | |
| Defendants. | |

    I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals listed below the following documents:

    **Joint Status Update**

in the following manner: (Check one)

    1)____ By personally serving the individual named by personally delivering the copies to the offices of the addressee. Time of delivery: _____ a.m./p.m.

    2)_ By placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices.

/ / /

/ / /

/ / /

/ / /

3) **X**   By electronic filing, I served each of the above referenced documents by E filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

- **Ryan Matthew Conger**
  ryan@congerlawfirm.com

- **Christopher C. Saldana**
- chris@shewrysaldanalaw.com

- Ryan P. Garchie, Esq.
  ryan@garchielaw.com

Executed this 18th day of July 2019, at San Diego, California.

_____
MARY YEOMANS